**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DONGGUAN HATCH OPTICAL
TECHNOLOGY CO., LTD.,

    Plaintiff,

v.                                                Case No: 5:23-cv-509-JSM-PRL

INTERCO RECYCLER TRADING LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal (Dkt. 32). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of May, 2025.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record